**Carlton A. RAMEY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 2011–3183.**

United States Court of Appeals, Federal Circuit.

Sept. 1, 2011.

Before LOURIE, Circuit Judge.

**ON MOTION**

**ORDER**

Carlton A. Ramey moves for leave to proceed in forma pauperis and for an extension of time to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is denied. The docketing fee must be paid within 14 days from the date of filing of this order.

(2) The motion for an extension of time is granted. Ramey's brief is due within 45 days of the date of filing of this order.